UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALL CA-NV, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-CV-380-X |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

# MEMORANDUM OPINION AND ORDER

The Court **GRANTS** the plaintiff's unopposed motion for a continuance [Doc. No. 78] and **VACATES** the current trial setting of February 24, 2020 and all current pre-trial deadlines. The Court amends the scheduling order as follows:

1. The jury trial is scheduled on this Court's two-week docket beginning July 6, 2020 at 10:00 AM.

2. A Pretrial Conference is scheduled for June 29, 2020 at 10:00 AM.

3. Counsel shall file by June 22, 2020 a Joint Pretrial Order containing the information required by Local Rule 16.4 plus the following:

   a. A list of witnesses who may be called by each party in its case in chief. Each such witness list shall contain a narrative summary of the testimony to be elicited from each witness, shall state whether the witness has been deposed, and whether the witness's testimony at trial is "probable," "possible," "expert," or "record custodian." A copy of this list must be furnished to the court reporter prior to trial;
   b. Each party's requested jury instructions and interrogatories (annotated with citations to pattern jury charges or caselaw);
   c. The status of settlement negotiations as of the date of the Pretrial Order;
   d. Each party's proposed *voir dire* questions if the matter is a jury trial.

1

        The Court will allow attorneys an allotted time to conduct questioning at *voir dire* so long as the questions are approved in advance by the Court. The Court reserves the right to conduct further questioning at the conclusion of attorney questioning; and
    e. Trial briefs may be filed with the Pretrial Order, but are not required unless specifically requested by the Court.

4. Regarding exhibit lists, exhibits, witness lists, and deposition designations, the parties shall comply with Local Rule 26.2 by June 22, 2020. This includes providing copies of your trial exhibits to the Court on a USB flash drive or by email at Starr_Orders@txnd.uscourts.gov.[1]

5. Motions in limine shall be filed by June 25, 2020.

6. Objections to the requested jury instructions and interrogatories shall be filed June 25, 2020.

7. Objections to witnesses (except expert witnesses), exhibits, and deposition designations shall be filed by June 25, 2020. Counsel must confer about exhibits and make reasonable efforts to agree upon admissibility.

8. The Court will view with disfavor and will deny—absent a showing of good cause—requests for extensions of these deadlines.

9. At the pretrial conference, the Court will determine the order in which the cases on its week docket will be tried. Counsel and the Parties shall be ready for trial on 48-hours notice at any time during the docket period.

**IT IS SO ORDERED** this 6th day of January, 2020.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] The Court will not accept original exhibits prior to trial. Original exhibits are retained by counsel and are admitted into the official record during trial. It is counsel's duty to care for the original exhibits before and after trial. At the end of trial, the Court will return the original exhibits to counsel and counsel will sign a Receipt of Exhibits. The Court will file the Receipt of Exhibits with the District Clerk. It is counsel's responsibility to forward any exhibits to the Court of Appeals should the case be appealed. All questions regarding exhibits are to be directed to the court reporter.